*daPonte, Grandin Tracy Vought, Alfred N. Heuston,* and *John B. Marsh* for Northern Pacific Ry. Co. et al., respondents. Reported below: 102 F. 2d 589.

No. 118. GRAIN HANDLING CO. ET AL. *v.* McMANIGAL, DEPUTY COMMISSIONER, ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John B. Richards* for petitioners. *Solicitor General Jackson* and *Messrs. Paul Campbell, Paul A. Sweeney,* and *Warner W. Gardner* for McManigal, and *Mr. Charles H. Kendall* entered an appearance for Sweeney, respondents.

No. 123. FIRST NATIONAL BANK OF HUGHES SPRINGS, TEXAS, ET AL. *v.* CENTURY INSURANCE CO. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Hugh Carney* for petitioners. No appearance for respondent.

No. 125. IDENTIFICATION DEVICES, INC. ET AL. *v.* UNITED STATES. October 9, 1939. Petition for writ of certiorari to the Court of Claims denied. *James M. Rulong, pro se. Solicitor General Jackson* and *Mr. Paul A. Sweeney* for the United States.

No. 126. SHREVE ET AL. *v.* UNITED STATES. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Leslie C. Hardy* for petitioners. *Assistant Solicitor General Bell, Assistant Attorney General Rogge,* and *Messrs. William W. Barron, J. Albert Woll,* and *M. Joseph Matan* for the United States.